1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@publiclawgroup.com
2  YUSOF S. NAZARI (SBN 348457)
   ynazari@publiclawgroup.com
3  RENNE PUBLIC LAW GROUP
   350 Sansome Street, Suite 300
4  San Francisco, California 94104
   Telephone: (415) 848-7200
5  Facsimile: (415) 848-7230

6  Attorneys for Defendant
   CONTRA COSTA COUNTY FIRE PROTECTION
7  DISTRICT

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  PAUL SILVA, SCOTT VALENCIA,            Case No.
    THOMAS ZURFLUEH, GREG SAWYER,
12  JONATHAN LEMKE, SAM NICHOLS,           **DEFENDANT CONTRA COSTA COUNTY**
    CRAIG AUZENNE, ROSS MACUMBER,          **FIRE PROTECTION DISTRICT'S NOTICE**
13  KEVIN PLATT, JEFF BURRIS, ROBERT       **OF REMOVAL**
    LUTZOW, DARREN JOHNSON, JAMES L.
14  GALLAGHER, JAMES BROOKS,
    BRANDON BURRUSS, ANDREW BOZZO,
15  DENNIS BUCHHOLZ, ROBERT ATLAS,

16              Plaintiff,

17  v.

18  CONTRA COSTA COUNTY FIRE
    PROTECTION DISTRICT; and DOES 1
19  through 20, inclusive,

20              Defendants.

21

22

23

24

25

26

27

28

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Contra Costa County Fire Protection District

("CCCFPD" or "Defendant") hereby removes to this Court the state court action described below:

## STATE COURT ACTION

1.     On October 16, 2025, Plaintiffs Paul Silva, Scott Valencia, Thomas Zurflueh, Greg

Sawyer, Jonathan Lemke, Sam Nichols, Craig Auzenne, Ross Macumber, Kevin Platt, Jeff Burris, Robert

Lutzow, Darren Johnson, James L. Gallagher, James Bross, Brandon Burruss, Andrew Bozzo, Dennis

Buchholz, and Robret Atlas ("Plaintiffs") filed an action in the Superior Court of the State of California,

County of Contra Costa, entitled *Silva, et al. v. Contra Costa County Fire Protection District, and Does*

*1 Through 20*, Contra Costa Superior Court Case No. C25-03036.  A true and correct copy of Plaintiffs'

Complaint is attached hereto as **Exhibit A**.

2.     CCCFPD filed its Answer to Plaintiffs' Complaint on November 12, 2025.  A copy of

CCCFPD's Answer is attached hereto as **Exhibit B**.

3.     True and correct copies of the remaining materials in the Superior Court file are attached

hereto as **Exhibit C**, to wit: (a) a Civil Case Cover Sheet; (b) Original Summons; (c) Notice of Change of

Address or Other Contact Information for Plaintiffs Attorney; (d) Proof of Service of Summons; and (e) a

Notice of Case Management Conference Dated for February 17, 2026.

4.     A true and correct copy of the Contra Costa Superior Court docket sheet is attached hereto

as **Exhibit D**.

## JURISDICTION

5.     This Court has original jurisdiction of all civil actions arising under the Constitution, laws,

or treaties of the United States pursuant to 28 U.S.C. § 1331.

6.     This civil action may be removed to this Court by the District under 28 U.S.C. § 1441(a)

because it arises under federal question jurisdiction.  Federal question jurisdiction exists in this case

because Plaintiffs assert both of their purported claims under federal law: Plaintiffs first and second

causes of action are brought under the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. §§

207 and 216.  Ex. 1, ¶¶ 17, 28.

RENNE PUBLIC LAW GROUP
Attorneys at Law

7.      No other defendant has been properly joined or served in this case, so no other party's joinder in or consent to removal is required under 28 U.S.C. § 1446(b)(2)(A).

8.      CCCFPD was served with Plaintiffs Complaint on October 22, 2025.  CCCFPD has timely-filed this Notice of Removal with this Court within thirty (30) days after CCCFPD's receipt of the Complaint in accordance with 28 U.S.C. § 1446(b).

9.      Concurrent with the filing of this Notice of Removal, CCCFPD is filing with the Contra Costa County Superior Court a Notice to Adverse Party of Removal to Federal Court and serving the same on counsel for all parties in this action.  A true and correct copy of that Notice (without exhibits and identifying federal case number) is attached hereto as **Exhibit E**.

### INTRA-DISTRICT TRANSFER

10.     Because this action arises in Contra Costa County, Civil Local Rule 3-2(d) provides that it "shall be assigned to the San Francisco Division or the Oakland Division."

DATED:  November 19, 2025                    RENNE PUBLIC LAW GROUP


                                             By:____/a/*Yusof S. Nazari*_____
                                                   ARTHUR A. HARTINGER
                                                   YUSOF S. NAZARI

                                             Attorneys for Defendant
                                             CONTRA COSTA COUNTY FIRE PROTECTION
                                             DISTRICT

RENNE PUBLIC LAW GROUP
Attorneys at Law

DEFENDANT CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT'S NOTICE OF REMOVAL - Case No.

**ECF ATTESTATION**

I, YUSOF S. NAZARI, am the ECF user whose identification and password are being used to file DEFENDANT CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT'S NOTICE OF REMOVAL. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated: November 19, 2025                    RENNE PUBLIC LAW GROUP


By: _____*/s/ Yusof S. Nazari*_____
        YUSOF S. NAZARI

RENNE PUBLIC LAW GROUP
Attorneys at Law

# EXHIBIT A

SUMMONS ISSUED

1 RICHARD A. LEVINE [SBN 091671]
JONATHAN MURPHY [SBN 286791]
2 **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3 2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
4 Tel: (925) 609-1699
Fax: (925) 609-1690
5 E-mail: rlevine@rslawyers.com

6

7 Attorneys for Plaintiffs
Paul Silva et al

Per local Rule, This case is assigned to
Judge Douglas, Danielle K, for all purposes

8 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 IN AND FOR CONTRA COSTA COUNTY

10

11 **PAUL SILVA, SCOTT VALENCIA,
THOMAS ZURFLUEH, GREG SAWYER,**
12 **JONATHAN LEMKE, SAM NICHOLS,
CRAIG AUZENNE, ROSS MACUMBER,**
13 **KEVIN PLATT, JEFF BURRIS, ROBERT
LUTZOW, DARREN JOHNSON, JAMES L.**
14 **GALLAGHER, JAMES BROOKS,
BRANDON BURRUSS, ANDREW BOZZO,**
15 **DENNIS BUCHHOLZ, ROBERT ATLAS,**

16
          **Plaintiffs,**
17     vs.

18 **CONTRA COSTA COUNTY FIRE
PROTECTION DISTRICT; and DOES 1**
19 **through 20, inclusive**

20          **Defendants.**

21

22

CASE NO. C25-03036

[UNLIMITED JURISDICTION]

**COMPLAINT FOR VIOLATION OF
FAIR LABOR STANDARDS ACT
(FLSA) 29 U.S.C. Sections 207 and 216**

23              **INTRODUCTION**

24     1.     This is a collective action is brought by Plaintiffs Paul Silva, Scott Valencia,

25 Thomas Zurflueh, Greg Sawyer, Jonathan Lemke, Sam Nichols, Craig Auzenne, Ross

26 Macumber, Kevin Platt, Jeff Burris, Robert Lutzow, Darren Johnson, James L. Gallagher,

27 James Brooks, Brandon Burruss, Andrew Bozzo, Dennis Buchholz and Robert Atlas. Said

28

1

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT**

1 | Plaintiffs are current and former employees occupying the position of Battalion Chief who are

2 | and were denied by their employer, Defendant Contra Costa County Fire Protection District,

3 | ("District") the requisite overtime compensation pursuant to the Fair Labor Standards Act

4 | ("FLSA" or "Act") inclusive of failing to pay Plaintiffs such overtime compensation at the

5 | FLSA "regular rate of pay".

6 |     2.    Plaintiffs are similarly situated in this case where the District failed to pay them

7 | overtime compensation owed under the FLSA as the result of the District's misclassification of

8 | Plaintiffs since in or about August 2022 as "exempt" employees under the by Act; at which

9 | time the District established the position of District Chief who commenced assumption of the

10 | primary duty or principal duty or majority of administrative/executive duties previously

11 | performed by the position of Battalion Chief.

12 | **JURISDICTION AND VENUE**

13 |     3.    This Court has subject matter jurisdiction over the causes of action alleged in

14 | this Complaint because the Court is a court of general subject matter jurisdiction and is not

15 | otherwise excluded from exercising subject matter jurisdiction over said causes of action.

16 |     4.    Title 29 of the United States Code, section 216(b) provides that an action to

17 | recover the liability prescribed in 29 U.S.C. sec. 207 "may be maintained against any employer

18 | (including a public entity) in any Federal or State court of competent jurisdiction by any one or

19 | more employees for and on behalf of himself or themselves and other employees similarly

20 | situated."

21 |     5.    Venue is proper in Contra Costa County ("County") because the Defendant

22 | maintains its location and transacted business in the County, the obligations and liability arise

23 | in the County, and work was performed by Plaintiffs in the County.

24 | **THE PARTIES**

25 |     6.    Plaintiffs have been employed by the District in the job classification or

26 | position of Battalion Chief in non-special assignments.

27

28

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT**

1    7.    Plaintiffs bring this action for a declaratory relief, back pay, liquidated damages

2  and other relief pursuant to 29 U.S.C. section 207 and 29 U.S.C. section 216(b) to remedy the

3  Defendant's willful and unlawful violations of federal law complained of herein.

4    8.    Plaintiffs are identified in the caption of the Complaint and have given their

5  written consent to be party Plaintiffs in this action pursuant to 29 U.S.C. section 216(b). Such

6  written consents are appended to this Complaint in Appendix A. These written consent forms

7  set forth each Plaintiff's name and address.

8    9.    Each of the Plaintiffs in this action while employed by the Defendant has been

9  an "employee" within the meaning of the Fair Labor Standards Act ("FLSA"), 29 U.S.C.

10  Section 203(e)(1)(C). Each Battalion Chief Plaintiff has been an "employee in fire protections

11  activities" within the meaning of the FLSA, 29 U.S.C. Section 203(y).

12    10.    Contra Costa County Fire Protection District at all times mentioned herein,

13  maintained its principal place of business/administrative offices in Concord, California.

14    11.    Plaintiffs are ignorant of the true names and capacities of Defendants named

15  herein as DOES 1-20, inclusive, and therefore sues these Defendants by such fictitious names.

16  Plaintiffs will amend this Complaint to allege such Defendants true names and capacities of

17  when ascertained.

18  <center>**FACTUAL ALLEGATIONS**</center>

19    12.    During the period commencing in or about August 2022 to date, Plaintiffs were

20  in the employment of the Contra Costa County Fire Protection District in the position or job

21  classification of Battalion Chief.

22    13.    Plaintiffs, occupying the fire suppression position of Battalion Chief who work a

23  "56 hour schedule" (as distinguished from those Battalion Chiefs assigned to Wildland, Special

24  Operations and Safety special assignments working a "regular [40 hour]work schedule") during

25  the period of time between August 2022 to date:

26    a.) Performed as first responders with the primary duty to engage in fire

27    suppression and related activity. Plaintiffs, under general direction, command a

28    battalion consisting of several firefighting companies, and responded to

<center>3</center>

<center>**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT**</center>

1    emergencies with such companies. Plaintiffs have no discretion to refuse to

2    respond to such emergency calls;

3        b.) Must stay available for call status. Battalion Chiefs do not have the

4    independence/discretion to decide if responding to an emergency call fits into

5    their daily schedule. Rather, Battalion Chiefs must respond when dispatched;

6        c.) Must wear protective gear when responding to fires;

7        d.) Are certified firefighters and are required to participate in emergency

8    response training and meet the physical standards requirements of fire fighters;

9        e.) Do not perform staffing decisions nor planning as it pertains to how many

10    personnel or where that number of personnel are assigned. Just as their

11    subordinate ranks, Battalion Chiefs are considered part of the minimum staffing

12    model. Because Battalion Chiefs are a minimum staffing position, they do not

13    have the authority to place themselves in an "unavailable" status without

14    approval of a supervisor (District Chief or above);

15        f.) Do not have the authority to hire or terminate employees. Additionally,

16    Battalion Chiefs do not make a final decision of hiring or promotion. Battalion

17    Chiefs' suggestions or recommendations are similar to Fire Captains regarding

18    hiring personnel and are limited to their role on the interview panel of

19    candidates.  Battalion Chiefs, similar to Fire Captains, are involved in the

20    probationary process of employees.  However, such ranking officers' findings

21    are presented on scoring sheets of which comprise only a portion of the overall

22    probationary process overseen by the Assistant Chief of Training and Safety;

23        14.    Since the establishment of the position of District Chief in or about August

24    2022, the *primary duty* of Plaintiffs occupying the position of Battalion Chief (in non-special

25    assignments) has *not* been management of the enterprise of the District, *nor* of office or non-

26    manual work related to the District operations, *nor* the exercise of discretion and independent

27    judgment with respect to matters of significance.

28

4

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT**

15. Since the establishment of the position of District Chief in or about August 2022, the proportion of work time spent by Battalion Chiefs (in non-special assignments) on administrative or management duties comprise only about 20% of their work shift. The remaining 80% of time is dedicated to emergency response and preparation for such operations.

**FIRST CAUSE OF ACTION**

16. For a First Cause of Action by Plaintiffs against Defendants Contra Costa County Fire Protection District and Does 1-20, inclusive, for failure to pay requisite overtime wages at one and one-half times the "regular rate of pay" in violation of the Fair Labor Standards Act, Plaintiffs reallege paragraphs 1-15, and further alleges as follows:

17. Pursuant to the United States Department of Labor Regulations applicable to fire fighters covered under 29 U.S.C. section 207 (k) and 29 C.F.R. section 553.230, an employer must pay overtime compensation to such employees at a rate not less than one and one-half times their "regular rate of pay" for hours of work in excess of 53 hours in a 7-day work period or in excess of 212 hours in a maximum 28-day work period (or in excess of a proportionate number of hours for work periods between 7 and 28 days)

18. During the relevant period in this Complaint, Plaintiffs occupying the position of Battalion Chief (in non-special assignments) as other Fire Suppression personnel employed for the District, were assigned to a "56 hour schedule" consisting of a six day tour of duty that includes two (2) regularly scheduled 24-hour workdays and four (4) days off. However, overtime compensation is only paid to Plaintiffs in limited situations and at the rate of one and one-half (1 ½) times the Battalion Chief "base rate of pay" (not including shift and other special differentials).

19. In contrast, other Fire Suppression personnel employed by the District, such as Fire Captain, Fire Captain-Paramedic, Fire Engineer Fire Engineer-Paramedic, Firefighter-and Firefighter-Paramedic working a 56-hour shift within a 24-day/182 FLSA work period, are paid by the District FLSA overtime for the ten (10) regularly scheduled hours during each such 24-day work period in excess of the 182 hour FLSA overtime threshold pursuant to 29 Code of Federal Regulations section 552.230.

5

1   20. During the relevant period in this Complaint, Plaintiffs have worked in excess of

2 threshold number of hours in a work period as set forth in the FLSA in which such employees

3 are entitled to overtime compensation at a rate not less than one and one-half times their regular

4 rate of pay. However, Defendant has failed and refused to provide Plaintiffs with the rights and

5 protections provided under the FLSA, including overtime pay at the rate of one and one-half

6 times their regular rates of pay for all hours Plaintiffs have worked in excess of the hourly

7 standards and thresholds set forth under 29 U.S.C. § 207(k) and 29 C.F.R. § 553.230.

8   21. Defendant has failed to pay the overtime pay required under the FLSA, and

9 continues to do so in a manner that is unreasonable, willful and in bad faith. As a result, at all

10 relevant times herein, the Plaintiffs have been unlawfully deprived of overtime compensation

11 and other damages and is entitled to relief during the three (3) year previous time period as

12 recoverable under 29 U.S.C. § 255 (a) of the FLSA.

13   22. Title 29 of the United States Code, section 216(b), provides in relevant part that

14 "[A]ny employer who violates the provisions of .. §207 ... shall be liable to the employee or

15 employees affected in the amount of ... their unpaid overtime compensation ... and in an

16 additional equal amount as liquidated damages ... The court in such action shall, in addition to

17 any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid

18 by the defendant, and costs of the action."

19   23. At no time during the period commencing from on or about August 2022 to

20 date, did Plaintiffs qualify for the executive, administrative, professional or highly compensated

21 FLSA overtime exemptions.

22   24. Plaintiffs seek from Defendants unpaid wages, liquidated damages, attorney's

23 fees and costs and interest.

24   25. Plaintiffs contend they were not legally required to file a Claim for Damages in

25 this FLSA lawsuit under California Government Code section 905 *et seq*. Without waiving

26 such contention, Claims for Damage on behalf of Plaintiffs were filed with the Defendant

27 Contra Costa County Fire Protection District which rejected said Claims on or about August

28 12, 2025.

<div align="center">6</div>

**SECOND CAUSE OF ACTION**

26.    For a Second Cause of Action by Plaintiffs against Defendants Contra Costa County Fire Protection District and Does 1-20, inclusive, for Declaratory Relief, Plaintiffs reallege paragraphs 1-25, and further allege as follows:

27.    At all times mentioned herein, Code of Civil Procedure section 1060 provided in pertinent portion as follows:

> Any person interested under a written instrument, excluding a will or a trust, or under a contract, or who desires a declaration of his or her rights or duties with respect to another. …. may, in cases of actual controversy relating to the legal rights and duties of the respective parties, bring an original action or cross-complaint in the superior court for a declaration of his or her rights and duties in the premises, including a determination of any question of construction or validity arising under the instrument or contract…

(CCP. section 1060.)

28.    An actual controversy has arisen, and now exists between the Plaintiffs and Defendants, and a judicial determination is therefore necessary and appropriate in order for the parties may ascertain their respective legal rights and duties as to whether Defendants, since in or about August 2022 to date, have violated Plaintiffs rights and protections under the FLSA by failing to provide Plaintiffs, who occupy the position or classification of Battalion Chief (in non-special assignments), overtime pay at the rate of one and one-half times their regular rates of pay for hours of work in excess of the FLSA statutory hourly thresholds for the applicable work period.

29.    Pursuant to California Code of Civil Procedure section 1060, Plaintiffs seeks a judicial determination that Plaintiffs, occupying the position or classification of Battalion Chief from in or about August 2022 to date, are entitled to the rights and protections under the Fair Labor Standards Act and that Defendants violated the Act by failing to pay such overtime pay at the rate of one and one-half times Plaintiffs' regular rates of pay for hours of work in excess of the FLSA statutory hourly thresholds for the applicable work period.

7

1    30.    Such judicial determination is necessary and appropriate in order that the parties

2    may ascertain their respective legal rights, obligations and duties.

3    **WHEREFORE,** Plaintiffs requests that this Court provide the following relief against

4    Defendants:

5    1. Compensatory damages for unpaid overtime wages at the rate of one and one-half

6    times Plaintiffs' regular rates of pay for hours of work in excess of the FLSA statutory hourly

7    thresholds for the applicable work period;

8    2. Liquidated damages in an amount equal to the unpaid overtime wages;

9    3. Attorney's fees pursuant to Title 29 of the United States Code, section 216(b), or

10    California Code of Civil Procedure Section 1021.5;

11    4. Costs of suit incurred;

12    5. Prejudgment and post-judgment interest; and

13    6. For all such other and further relief as the Court may deem just and proper.

14

15    RAINS LUCIA STERN ST. PHALLE & SILVER, PC

16

17    Dated:  October 15, 2025                *Richard A. Levine*
                                              RICHARD A. LEVINE
18                                            Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

8

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT**

# APPENDIX A

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
   2300 Contra Costa Boulevard, Suite 500
3  Pleasant Hill, CA 94523
   Tel: (925) 609-1699
4  Fax: (925) 609-1690
   E-mail:  rlevine@rlslawyers.com
5
6  Attorneys for Plaintiffs
   Paul Silva et al.
7              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8                   **IN AND FOR CONTRA COSTA COUNTY**
9

10  **PAUL SILVA et al.**

11          **Plaintiffs,**               CASE NO.

12          vs.                           **[Unlimited Jurisdiction]**

13  **CONTRA COSTA COUNTY FIRE**          **CONSENT TO BE A NAMED**
    **PROTECTION DISTRICT; and DOES 1**   **PLAINTIFF**
14  **through 20, inclusive**
                                          **[29 U.S.C. section 216 (b)]**
15          **Defendants.**

16

17        I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

18  County Fire Protection District ("District") respecting the District failing to pay to me while

19  employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

20  wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

21  Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

22  Silver P.C. in this action who will make all decisions with respect to the conduct and handling

23  of this case, including the settlement of my claim as appropriate. I am making this consent, and

24  understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

25  Dated:  9/16/25                     PAUL SILVA
                                        Print Name
26
27                                      _____
                                        Signature
28

                                        1
                   **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
   2300 Contra Costa Boulevard, Suite 500
3  Pleasant Hill, CA 94523
   Tel: (925) 609-1699
4  Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
              **IN AND FOR CONTRA COSTA COUNTY**
9

10   **PAUL SILVA et al.**
                                              CASE NO.
11          **Plaintiffs,**
                                              **[Unlimited Jurisdiction]**
12       **vs.**

13   **CONTRA COSTA COUNTY FIRE**              **CONSENT TO BE A NAMED**
     **PROTECTION DISTRICT; and DOES 1**      **PLAINTIFF**
14   **through 20, inclusive**
                                              **[29 U.S.C. section 216 (b)]**
15          **Defendants.**

16

17          I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

18  County Fire Protection District ("District") respecting the District failing to pay to me while

19  employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

20  wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

21  Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

22  Silver P.C. in this action who will make all decisions with respect to the conduct and handling

23  of this case, including the settlement of my claim as appropriate. I am making this consent, and

24  understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

25  Dated: 9/15/25                          Scott Valencia
                                            Print Name
26
                                            Scott Valencia
27                                          Signature

28
                                      1
              **CONSENT TO BE A NAMED PLAINTIFF**

RICHARD A. LEVINE [SBN 091671]
JONATHAN MURPHY [SBN 286791]
**RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail:  rlevine@rlslawyers.com

Attorneys for Plaintiffs
Paul Silva et al.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR CONTRA COSTA COUNTY**

|  |  |
|---|---|
| **PAUL SILVA et al.** | CASE NO. |
| **Plaintiffs,** | |
| vs. | **[Unlimited Jurisdiction]** |
| **CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT; and DOES 1 through 20, inclusive** | **CONSENT TO BE A NAMED PLAINTIFF** |
| **Defendants.** | **[29 U.S.C. section 216 (b)]** |

I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

County Fire Protection District ("District") respecting the District failing to pay to me while

employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

Silver P.C. in this action who will make all decisions with respect to the conduct and handling

of this case, including the settlement of my claim as appropriate. I am making this consent, and

understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

Dated: 9/18/25

THOMAS ZURFLUEH
Print Name

Signature

1

**CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
   2300 Contra Costa Boulevard, Suite 500
3  Pleasant Hill, CA 94523
   Tel: (925) 609-1699
4  Fax: (925) 609-1690
   E-mail:  rlevine@rlslawyers.com
5

6  Attorneys for Plaintiffs
   Paul Silva et al.
7
              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                  **IN AND FOR CONTRA COSTA COUNTY**
9

10   **PAUL SILVA et al.**

11          **Plaintiffs,**                    CASE NO.

12       vs.                                   **[Unlimited Jurisdiction]**

13   **CONTRA COSTA COUNTY FIRE**              **CONSENT TO BE A NAMED**
     **PROTECTION DISTRICT; and DOES 1**      **PLAINTIFF**
14   **through 20, inclusive**
                                               **[29 U.S.C. section 216 (b)]**
15          **Defendants.**

16

17        I hereby consent to be a named Plaintiff in the collective action against the Contra Costa
18
     County Fire Protection District ("District") respecting the District failing to pay to me while
19
     employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime
20
     wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
21
     Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
22
     Silver P.C. in this action who will make all decisions with respect to the conduct and handling
23
     of this case, including the settlement of my claim as appropriate. I am making this consent, and
24
     understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25
     Dated: 9/17/25                        Greg Sawyer
26                                          Print Name
27
                                           Signature
28
                                   1
                     **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

<div align="center">

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR CONTRA COSTA COUNTY**

</div>

| | |
|---|---|
| **PAUL SILVA et al.** | CASE NO. |
| **Plaintiffs,** | |
| vs. | **[Unlimited Jurisdiction]** |
| **CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT; and DOES 1 through 20, inclusive** | **CONSENT TO BE A NAMED PLAINTIFF** |
| **Defendants.** | **[29 U.S.C. section 216 (b)]** |

I hereby consent to be a named Plaintiff in the collective action against the Contra Costa County Fire Protection District ("District") respecting the District failing to pay to me while employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle & Silver P.C. in this action who will make all decisions with respect to the conduct and handling of this case, including the settlement of my claim as appropriate. I am making this consent, and understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

Dated: 09/17/25          JONATHAN LENKE
                         Print Name

                         _____
                         Signature

<div align="center">

1

**CONSENT TO BE A NAMED PLAINTIFF**

</div>

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
              **IN AND FOR CONTRA COSTA COUNTY**
9

10  **PAUL SILVA et al.**
                                          CASE NO.
11        **Plaintiffs,**
                                          **[Unlimited Jurisdiction]**
12        vs.
13  **CONTRA COSTA COUNTY FIRE**          **CONSENT TO BE A NAMED**
    **PROTECTION DISTRICT; and DOES 1**   **PLAINTIFF**
14  **through 20, inclusive**
                                          **[29 U.S.C. section 216 (b)]**
15        **Defendants.**
16

17
            I hereby consent to be a named Plaintiff in the collective action against the Contra Costa
18
    County Fire Protection District ("District") respecting the District failing to pay to me while
19
    employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime
20
    wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
21
    Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
22
    Silver P.C. in this action who will make all decisions with respect to the conduct and handling
23
    of this case, including the settlement of my claim as appropriate. I am making this consent, and
24
    understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25
    Dated: Sept. 20, 2025                      Sam Nichols
26                                             Print Name
27
                                               _____
28                                             Signature

                                          1
    _____
                    **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
               **IN AND FOR CONTRA COSTA COUNTY**
9

10   **PAUL SILVA et al.**
                                              CASE NO.
11            **Plaintiffs,**
12        vs.                                 **[Unlimited Jurisdiction]**

13   **CONTRA COSTA COUNTY FIRE**             **CONSENT TO BE A NAMED**
     **PROTECTION DISTRICT; and DOES 1**      **PLAINTIFF**
14   **through 20, inclusive**
                                              **[29 U.S.C. section 216 (b)]**
15            **Defendants.**

16

17        I hereby consent to be a named Plaintiff in the collective action against the Contra Costa
18
     County Fire Protection District ("District") respecting the District failing to pay to me while
19
     employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime
20
     wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
21
     Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
22
     Silver P.C. in this action who will make all decisions with respect to the conduct and handling
23
     of this case, including the settlement of my claim as appropriate. I am making this consent, and
24
     understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25
     Dated: 9/19/2025                       CRAIG AUZENNE
26                                           Print Name
27
                                             Signature
28
                                             1
     ────────────────────────────────────────────────────────
                    **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

8

## IN AND FOR CONTRA COSTA COUNTY

9

10  PAUL SILVA et al.

11              **Plaintiffs,**                    CASE NO.

12        vs.                                      **[Unlimited Jurisdiction]**

13  **CONTRA COSTA COUNTY FIRE**              **CONSENT TO BE A NAMED**
    **PROTECTION DISTRICT; and DOES 1**      **PLAINTIFF**
14  **through 20, inclusive**
                                             **[29 U.S.C. section 216 (b)]**
15              **Defendants.**

16

17        I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

18  County Fire Protection District ("District") respecting the District failing to pay to me while

19  employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

20  wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

21  Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

22  Silver P.C. in this action who will make all decisions with respect to the conduct and handling

23  of this case, including the settlement of my claim as appropriate. I am making this consent, and

24  understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

25  Dated: 9/17/2025                   Ross Macumber
26                                     Print Name
27                                     _____
                                       Signature
28
                                       1
    **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
2  JONATHAN MURPHY [SBN 286791]
   **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                        **IN AND FOR CONTRA COSTA COUNTY**
9

10    **PAUL SILVA et al.**
                                              CASE NO.
11              **Plaintiffs,**
                                              **[Unlimited Jurisdiction]**
12         vs.

13    **CONTRA COSTA COUNTY FIRE**            **CONSENT TO BE A NAMED**
      **PROTECTION DISTRICT; and DOES 1**    **PLAINTIFF**
14    **through 20, inclusive**
                                              **[29 U.S.C. section 216 (b)]**
15              **Defendants.**

16

17         I hereby consent to be a named Plaintiff in the collective action against the Contra Costa
18
   County Fire Protection District ("District") respecting the District failing to pay to me while
19
   employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime
20
   wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
21
   Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
22
   Silver P.C. in this action who will make all decisions with respect to the conduct and handling
23
   of this case, including the settlement of my claim as appropriate. I am making this consent, and
24
   understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25
   Dated: 9/16/25                          Kevin Platt
26                                          Print Name

27                                          Kevin Platt
                                            Signature
28

                                            1
   _____
                        **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
2  JONATHAN MURPHY [SBN 286791]
   **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
   Paul Silva et al.
7
                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                       **IN AND FOR CONTRA COSTA COUNTY**
9

10   **PAUL SILVA et al.**

11              **Plaintiffs,**                    CASE NO.

12          vs.                                    **[Unlimited Jurisdiction]**

13   **CONTRA COSTA COUNTY FIRE**                  **CONSENT TO BE A NAMED**
     **PROTECTION DISTRICT; and DOES 1**           **PLAINTIFF**
14   **through 20, inclusive**
                                                   **[29 U.S.C. section 216 (b)]**
15              **Defendants.**

16

17

18        I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

19   County Fire Protection District ("District") respecting the District failing to pay to me while

20   employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

21   wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

22   Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

23   Silver P.C. in this action who will make all decisions with respect to the conduct and handling

24   of this case, including the settlement of my claim as appropriate. I am making this consent, and

     understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25   Dated: 9 - 15 · 25                  J - BURNES
26                                       Print Name

27                                       J. Bml
28                                       Signature

                                          1
                       **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
2  JONATHAN MURPHY [SBN 286791]
   **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                    **IN AND FOR CONTRA COSTA COUNTY**
9

10  **PAUL SILVA et al.**
                                              CASE NO.
11          **Plaintiffs,**
                                              **[Unlimited Jurisdiction]**
12          vs.

13  **CONTRA COSTA COUNTY FIRE**              **CONSENT TO BE A NAMED**
    **PROTECTION DISTRICT; and DOES 1**       **PLAINTIFF**
14  **through 20, inclusive**
                                              **[29 U.S.C. section 216 (b)]**
15          **Defendants.**

16

17          I hereby consent to be a named Plaintiff in the collective action against the Contra Costa
18
   County Fire Protection District ("District") respecting the District failing to pay to me while
19
   employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime
20
   wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
21
   Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
22
   Silver P.C. in this action who will make all decisions with respect to the conduct and handling
23
   of this case, including the settlement of my claim as appropriate. I am making this consent, and
24
   understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25
   Dated: 9-16-25                        Robert Lutzow
26                                        Print Name
27
                                          K lut
28                                        Signature

                                     1
                   **CONSENT TO BE A NAMED PLAINTIFF**

1 | RICHARD A. LEVINE [SBN 091671]
2 | JONATHAN MURPHY [SBN 286791]
   | **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3 | 2300 Contra Costa Boulevard, Suite 500
   | Pleasant Hill, CA 94523
4 | Tel: (925) 609-1699
   | Fax: (925) 609-1690
5 | E-mail: rlevine@rlslawyers.com
6 |
   | Attorneys for Plaintiffs
7 | Paul Silva et al.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR CONTRA COSTA COUNTY**

| | |
|---|---|
| **PAUL SILVA et al.** | CASE NO. |
| **Plaintiffs,** | |
| vs. | **[Unlimited Jurisdiction]** |
| **CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT; and DOES 1 through 20, inclusive** | **CONSENT TO BE A NAMED PLAINTIFF** |
| **Defendants.** | **[29 U.S.C. section 216 (b)]** |

I hereby consent to be a named Plaintiff in the collective action against the Contra Costa County Fire Protection District ("District") respecting the District failing to pay to me while employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle & Silver P.C. in this action who will make all decisions with respect to the conduct and handling of this case, including the settlement of my claim as appropriate. I am making this consent, and understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

Dated: 9-23-25

Darren Johnson
Print Name

[signature]
Signature

1
**CONSENT TO BE A NAMED PLAINTIFF**

1    RICHARD A. LEVINE [SBN 091671]
     JONATHAN MURPHY [SBN 286791]
2    **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3    2300 Contra Costa Boulevard, Suite 500
     Pleasant Hill, CA 94523
4    Tel: (925) 609-1699
     Fax: (925) 609-1690
5    E-mail:  rlevine@rlslawyers.com

6    Attorneys for Plaintiffs
7    Paul Silva et al.

                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
                        **IN AND FOR CONTRA COSTA COUNTY**
9

10   **PAUL SILVA et al.**

11              **Plaintiffs,**                    CASE NO.

12         vs.                                     **[Unlimited Jurisdiction]**

13   **CONTRA COSTA COUNTY FIRE**                  **CONSENT TO BE A NAMED**
     **PROTECTION DISTRICT; and DOES 1**           **PLAINTIFF**
14   **through 20, inclusive**
                                                   **[29 U.S.C. section 216 (b)]**
15              **Defendants.**

16

17
         I hereby consent to be a named Plaintiff in the collective action against the Contra Costa
18
     County Fire Protection District ("District") respecting the District failing to pay to me while
19
     employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime
20
     wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
21
     Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
22
     Silver P.C. in this action who will make all decisions with respect to the conduct and handling
23
     of this case, including the settlement of my claim as appropriate. I am making this consent, and
24
     understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25
     Dated: 9/15/25                       James L. Gallagher
26                                              Print Name

27
                                                Signature
28
                                              1
                     **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
2  JONATHAN MURPHY [SBN 286791]
   **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail: rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

8
## IN AND FOR CONTRA COSTA COUNTY
9

10  **PAUL SILVA et al.**

11          **Plaintiffs,**                        CASE NO.

12          **vs.**                                 **[Unlimited Jurisdiction]**

13  **CONTRA COSTA COUNTY FIRE**                    **CONSENT TO BE A NAMED**
    **PROTECTION DISTRICT; and DOES 1**             **PLAINTIFF**
14  **through 20, inclusive**
                                                    **[29 U.S.C. section 216 (b)]**
15          **Defendants.**

16

17         I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

18  County Fire Protection District ("District") respecting the District failing to pay to me while

19  employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

20  wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

21  Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

22  Silver P.C. in this action who will make all decisions with respect to the conduct and handling

23  of this case, including the settlement of my claim as appropriate. I am making this consent, and

24  understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

25  Dated: 9/21/2025                          James Brooks
26                                            Print Name
27                                            [signature]
28                                            Signature

                                    1
                    **CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
2  JONATHAN MURPHY [SBN 286791]
   **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

       **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8
         **IN AND FOR CONTRA COSTA COUNTY**
9

10  **PAUL SILVA et al.**

11           **Plaintiffs,**                CASE NO.

12       vs.                                **[Unlimited Jurisdiction]**

13  **CONTRA COSTA COUNTY FIRE**            **CONSENT TO BE A NAMED**
    **PROTECTION DISTRICT; and DOES 1**     **PLAINTIFF**
14  **through 20, inclusive**
                                            **[29 U.S.C. section 216 (b)]**
15           **Defendants.**

16

17

18      I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

19  County Fire Protection District ("District") respecting the District failing to pay to me while

20  employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

    wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
21
    Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
22
    Silver P.C. in this action who will make all decisions with respect to the conduct and handling
23
    of this case, including the settlement of my claim as appropriate. I am making this consent, and
24
    understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).
25
    Dated: 9/17/2025              BRANDON BURGESS
26                                  Print Name

27                                _____
                                    Signature
28

                              1
             **CONSENT TO BE A NAMED PLAINTIFF**

RICHARD A. LEVINE [SBN 091671]
JONATHAN MURPHY [SBN 286791]
**RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
E-mail:  rlevine@rlslawyers.com

Attorneys for Plaintiffs
Paul Silva et al.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR CONTRA COSTA COUNTY

| | |
|---|---|
| **PAUL SILVA et al.** | CASE NO. |
| **Plaintiffs.** | |
| vs. | **[Unlimited Jurisdiction]** |
| **CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT; and DOES 1 through 20, inclusive** | **CONSENT TO BE A NAMED PLAINTIFF** |
| **Defendants.** | **[29 U.S.C. section 216 (b)]** |

I hereby consent to be a named Plaintiff in the collective action against the Contra Costa
County Fire Protection District ("District") respecting the District failing to pay to me while
employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime
wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards
Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &
Silver P.C. in this action who will make all decisions with respect to the conduct and handling
of this case. including the settlement of my claim as appropriate. I am making this consent, and
understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

Dated: _7/2c/25_        _ANDREW BOZZO_
                         Print Name

                         _[signature]_
                         Signature

1

**CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
2  JONATHAN MURPHY [SBN 286791]
   **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail:  rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR CONTRA COSTA COUNTY**

| | |
|---|---|
| **PAUL SILVA et al.** | CASE NO. |
| **Plaintiffs,** | |
| vs. | **[Unlimited Jurisdiction]** |
| **CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT; and DOES 1 through 20, inclusive** | **CONSENT TO BE A NAMED PLAINTIFF** |
| **Defendants.** | **[29 U.S.C. section 216 (b)]** |

        I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

County Fire Protection District ("District") respecting the District failing to pay to me while

employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

Silver P.C. in this action who will make all decisions with respect to the conduct and handling

of this case, including the settlement of my claim as appropriate. I am making this consent, and

understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

Dated:  9/15/25

_Dennis  Buchholz_
Print Name

_[signature]_
Signature

1

**CONSENT TO BE A NAMED PLAINTIFF**

1  RICHARD A. LEVINE [SBN 091671]
   JONATHAN MURPHY [SBN 286791]
2  **RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
3  2300 Contra Costa Boulevard, Suite 500
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  E-mail: rlevine@rlslawyers.com

6  Attorneys for Plaintiffs
7  Paul Silva et al.

        **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8

         **IN AND FOR CONTRA COSTA COUNTY**

9

10  **PAUL SILVA et al.**

11        **Plaintiffs,**

CASE NO.

12      vs.

**[Unlimited Jurisdiction]**

13  **CONTRA COSTA COUNTY FIRE**
    **PROTECTION DISTRICT; and DOES 1**
14  **through 20, inclusive**

**CONSENT TO BE A NAMED**
**PLAINTIFF**

**[29 U.S.C. section 216 (b)]**

15        **Defendants.**

16

17          I hereby consent to be a named Plaintiff in the collective action against the Contra Costa

18  County Fire Protection District ("District") respecting the District failing to pay to me while

19  employed in the position of Battalion Chief (in a non-special assignment) the requisite overtime

20  wages at one and one-half the "regular rate of pay" in violation of the Fair Labor Standards

21  Act. I understand that I will be represented by the law office of Rains Lucia Stern St.Phalle &

22  Silver P.C. in this action who will make all decisions with respect to the conduct and handling

23  of this case, including the settlement of my claim as appropriate. I am making this consent, and

24  understand this consent form will be filed with the Court, pursuant to 29 U.S.C. section 216(b).

25  Dated: _9-17-2025_          _ROBERT ATLAS_
26                                                    Print Name
27                              _Robert Atlas_
                                                    Signature
28

                           1

        **CONSENT TO BE A NAMED PLAINTIFF**

# EXHIBIT B

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
YUSOF S. NAZARI (SBN 348457)
ynazari@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
CONTRA COSTA COUNTY FIRE PROTECTION
DISTRICT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| PAUL SILVA, SCOTT VALENCIA, THOMAS ZURFLUEH, GREG SAWYER, JONATHAN LEMKE, SAM NICHOLS, CRAIG AUZENNE, ROSS MACUMBER, KEVIN PLATT, JEFF BURRIS, ROBERT LUTZOW, DARREN JOHNSON, JAMES L. GALLAGHER, JAMES BROOKS, BRANDON BURRUSS, ANDREW BOZZO, DENNIS BUCHHOLZ, ROBERT ATLAS, <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. C25-03036 <br><br> EXEMPT FROM FEES (GOV. CODE § 6103) <br><br> **DEFENDANT'S ANSWER TO COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT (FLSA) 29 U.S.C. Sections 207 and 216** <br><br> Action Filed:   October 16, 2025 |

Defendant Conta Costa County Fire Protection District ("Defendant" or "CCCFPD") answers the

Complaint of Plaintiffs Paula Silva, et al. ("Plaintiffs"), as follows:

**GENERAL DENIAL**

Pursuant to California Code of Civil Procedure section 431.30, subdivision (d), Defendant denies,

generally and specifically, conjunctively, and disjunctively, each and every and all of the allegations set

forth in Plaintiffs' Complaint and each paragraph contained therein.

-1-

DEFENDANT'S ANSWER TO COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT (FLSA) 29 U.S.C. SECTIONS 207 AND 216 - Case No. C25-03036

Processed by Court on 11/18/2025 11:06 AM

## ADDITIONAL DEFENSES

Defendant asserts the following separate additional affirmative defenses to Plaintiffs' Complaint. Because the Complaint is stated in conclusory terms and is uncertain, vague, and ambiguous, Defendant cannot fully anticipate all additional defenses that may be applicable to this action. Accordingly, Defendant reserves the right to assert additional defenses if, and to the extent that, Defendant becomes aware that such additional defenses are applicable. Without admitting any allegations in the Complaint or conceding that it bears the burden of proof or persuasion as to any of them, Defendant asserts the following separate affirmative defenses to the Complaint:

## AFFIRMATIVE DEFENSES

The CCCFPD asserts the following affirmative defenses, each of which is a separate and distinct affirmative defense to the Complaint and to each claim set forth therein, without admitting, acknowledging, or assuming that the CCCFPD bears the burden of proof as to any of them.

### First Affirmative Defense

(Statute of Limitations)

The Complaint, and each purported cause of action contained therein, is barred, in whole or in part, by all applicable statutes of limitations, including but not limited to California Code of Civil Procedure sections 337, 338, 339, and 343, California Business and Professions Code section 17208, applicable statutes of limitation contained within the California Labor Code, and 29 U.S.C. sections 255(a) and 257.

### Second Affirmative Defense

(Laches)

The Complaint, and each purported cause of action contained therein, is barred, in whole or in part, by the doctrine of laches.

### Third Affirmative Defense

(Estoppel)

Plaintiffs, through their conduct, acts, and omissions, and/or through the conduct, acts and omissions of Plaintiffs' agents or representatives, are estopped from recovering any relief under any of the causes of action alleged against Defendant.

-2-

RENNE PUBLIC LAW GROUP
Attorneys at Law

1

**Fourth Affirmative Defense**

2

(Waiver)

3        Plaintiffs, through their conduct, acts, and omissions, and/or through the conduct, acts and

4  omissions of their agents or representatives, have waived, in whole or in part, any right to relief under

5  any of the causes of action alleged against Defendant.

6

**Fifth Affirmative Defense**

7

(Unclean Hands)

8        Plaintiffs, through their conduct, acts, and omissions, and/or through the conduct, acts and

9  omissions of Plaintiffs' agents or representatives, are barred, in whole or in part, by the doctrine of

10  unclean hands from recovering any relief under any of the causes of action alleged in the Complaint.

11

**Sixth Affirmative Defense**

12

(Mootness)

13        The Complaint, and each purported cause of action contained therein, in whole or in part, fails to

14  state a claim upon which relief can be granted because the claims are moot.

15

**Seventh Affirmative Defense**

16

(No Damages)

17        Plaintiffs have suffered no legally cognizable damages caused by any conduct of the Defendant,

18  or Plaintiffs damages are trivial and/or speculative.

19

**Eighth Affirmative Defense**

20

(Failure to State a Claim)

21        The Complaint, and each purported cause of action alleged therein, fails to state facts sufficient to

22  constitute a cause of action against Defendant.

23

**Ninth Affirmative Defense**

24

(Failure to Exhaust)

25        Plaintiffs are barred from recovery, in whole or in part, by failing to exhaust administrative and/or

26  contractual remedies.

27

**Tenth Affirmative Defense**

28

(Governmental Immunity)

RENNE PUBLIC LAW GROUP
Attorneys at Law

-3-

The Complaint and each pending cause of action therein are barred in whole or in part because all actions and conduct by Defendant and its agents or employees were subject to all applicable governmental immunities, including but not limited to the immunities arising under the United States Constitution and federal law, immunities arising under the California Constitution and California law, immunities arising under Civil Code section 47, and immunities arising under the Government Claims Act, Government Code sections 810 *et seq*., including, but not limited to sections 815, 815.2, 818, 818.2, 818.8, 820.2, 820.4, 820.6, 820.8, 821.2, 821.6, and 822.2.

**Eleventh Affirmative Defense**

(Failure to Mitigate)

Plaintiffs have failed to mitigate and lessen damages, if any, as required by law, and is hence barred or diminished from recovery by reason thereof against answering Defendant.

**Twelfth Affirmative Defense**

(Failure to Join Necessary Parties)

Plaintiffs have failed to join a party or parties necessary to this action whose interests are impacted by the claims alleged in the Complaint and the requested relief and has further omitted to state any reasons for such failure.

**Thirteenth Affirmative Defense**

(Statutory Compliance)

Plaintiffs are not entitled to the relief requested on the ground that Defendant at all times acted in accordance with the applicable laws and statutes.

**Fourteenth Affirmative Defense**

(Good Faith)

Plaintiffs are not entitled to the relief requested on the ground that Defendant at all times acted in good faith.

**Fifteenth Affirmative Defense**

(Willfulness or Recklessness)

Defendant did not act willfully or recklessly in regard to any violation alleged in Plaintiffs' Complaint, and each purported cause of action alleged therein.

RENNE PUBLIC LAW GROUP
Attorneys at Law

**Sixteenth Affirmative Defense**

(After-Acquired Evidence)

If Plaintiffs were entitled to recover for any loss suffered or sustained at the times alleged, although such is not admitted hereby or herein, then the total amount of damage to which Plaintiffs would otherwise be entitled shall be limited in whole or part by the doctrine of after-acquired evidence.

**Seventeenth Affirmative Defense**

(Unjust Enrichment)

Plaintiffs will be unjustly enriched if allowed to recover the sums alleged in their Complaint.

**Eighteenth Affirmative Defense**

(Failure to Comply with the Government Claims Act)

Defendant alleges that each and every claim for relief in the Complaint is barred insofar as the facts and damages sought by Plaintiffs are in excess of and different from what was claimed in the claim presented to Defendant pursuant to Government Code Section 910 *et seq*., and to that extent, Plaintiffs' claims are barred by failure to comply with the claim presentation requirements of the California Government Code, sections 810 and following.

**Nineteenth Affirmative Defense**

(De Minimis)

Defendant alleges that it is not required to compensate Plaintiffs for time that is insufficient, insignificant, or *de minimis*.

**Twentieth Affirmative Defense**

(Offsets)

Defendant alleges that it is entitled to offset and/or credit any claimed liability for unpaid compensation by amounts of compensation it has paid Plaintiffs in excess of what the FLSA requires including without limitation as provided by 29 U.S.C. section 207, subdivisions (e) and (h).

**Twenty-First Affirmative Defense**

(Failure to State Damages)

Defendant alleges that the Complaint, and each claim contained therein, fails to allege facts sufficient for an award of attorneys' fees and/or liquidated damages, particularly pursuant to 29 U.S.C.

Renne Public Law Group
Attorneys at Law

-5-

section 260.

### Twenty-Second Affirmative Defense

(Portal to Portal Act)

Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the Portal to Portal Act, 29 U.S.C. section 251 *et seq*.

### Twenty-Third Affirmative Defense

(10th Amendment)

Defendant alleges that under the Tenth Amendment to the Constitution of the United States of America, it is unconstitutional to apply the FLSA to Defendant. Defendant recognizes the holding of *Garcia v. San Antonion Metropolitan Transit Authority* (1985) 469 U.S. 528, but alleges this defense in order to preserve this issue.

### Twenty-Fourth Affirmative Defense

(Exemption)

Defendant alleges that Plaintiffs and/or others whom Plaintiffs purport to represent are or were exempt from some or all provisions of the FLSA, pursuant to the provisions of 29 U.S.C. section 213(a)(1).

### Twenty-Fifth Affirmative Defense

(Further Affirmative Defenses Reserved)

The CCCFPD presently has insufficient knowledge or information on which to form a belief as to whether it may have additional affirmative defenses that cannot be articulated at this time. The CCCFPD reserves its right to assert and hereby gives notice that it intends to rely upon, any other defense that may become available during discovery or otherwise and reserves the right to amend its Answer to assert any such defense and does not waive any subsequently discovered defenses.

### PRAYER FOR RELIEF

WHEREFORE, the CCCFPD prays that judgment be entered as follows:

1. That Plaintiffs take nothing by reason of the Complaint;

2. That the Complaint be dismissed with prejudice;

3. That judgment be entered in favor of Defendant and against Plaintiffs on all claims;

RENNE PUBLIC LAW GROUP
Attorneys at Law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.    That the CCCFPD be awarded its attorneys' fees and costs; and

5.    That the Court grant all such other relief as it deems just and proper.

DATED:  November 12, 2025                    RENNE PUBLIC LAW GROUP


By:_____
                ARTHUR A. HARTINGER
                YUSOF S. NAZARI

Attorneys for Defendant
CONTRA COSTA COUNTY FIRE PROTECTION
DISTRICT

RENNE PUBLIC LAW GROUP
Attorneys at Law

-7-

**PROOF OF SERVICE**

I, the undersigned, am employed by RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am readily familiar with the business practices of this office. I am over the age of 18 and not a party to this action.

On November 12, 2025, I served the following document(s):

**DEFENDANT'S ANSWER TO COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT (FLSA) 29 U.S.C. SECTIONS 207 AND 216**

by the following method(s):

☒   **Electronic Mail.** Based on an agreement of the parties to accept service by e-mail, copies of the above document(s) in PDF format were transmitted to the e-mail addresses of the parties on the attached Service List.

**SERVICE LIST**

| | |
|---|---|
| Richard A. Levine (SBN 091671)<br>Jonathan Murphy (SBN 28679)<br>**RAINS LUCIA STERN ST. PHALLE &**<br>**SILVER, PC**<br>2300 Contra Costa Boulevard, Suite 500<br>Pleasant Hill, CA 94523<br>Tel: (925) 609-1699<br>Fax: (925) 609-1690<br>rlevine@rlslawyers.com<br>jmurphy@rlslawyers.com | Attorneys for Plaintiffs PAUL SILVA, SCOTT VALENCIA, THOMAS ZURFLUEH, GREG SAWYER, JONATHAN LEMKE, SAM NICHOLS, CRAIG AUZENNE, ROSS MACUMBER, KEVIN PLATT, JEFF BURRIS, ROBERT LUTZOW, DARREN JOHNSON, JAMES L. GALLAGHER, JAMES BROOKS, BRANDON BURRUSS, ANDREW BOZZO, DENNIS BUCHHOLZ, and ROBERT ATLAS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 12, 2025 at San Francisco, California.

_____
*Taniseia Vo*
TANISEIA VO

-8-

DEFENDANT'S ANSWER TO COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT (FLSA) 29 U.S.C. SECTIONS 207 AND 216 - Case No. C25-03036

# PROOF OF SERVICE

I, the undersigned, am employed by RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am readily familiar with the business practices of this office. I am over the age of 18 and not a party to this action.

On November 12, 2025, I served the following document(s):

**DEFENDANT'S ANSWER TO COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT (FLSA) 29 U.S.C. SECTIONS 207 AND 216**

by the following method(s):

☒    **Electronic Mail.** Based on an agreement of the parties to accept service by e-mail, copies of the above document(s) in PDF format were transmitted to the e-mail addresses of the parties on the attached Service List.

# SERVICE LIST

| | |
|---|---|
| Richard A. Levine (SBN 091671)<br>Jonathan Murphy (SBN 28679)<br>**RAINS LUCIA STERN ST. PHALLE &<br>SILVER, PC**<br>2300 Contra Costa Boulevard, Suite 500<br>Pleasant Hill, CA 94523<br>Tel: (925) 609-1699<br>Fax: (925) 609-1690<br>rlevine@rlslawyers.com<br>jmurphy@rlslawyers.com | Attorneys for Plaintiffs PAUL SILVA, SCOTT VALENCIA, THOMAS ZURFLUEH, GREG SAWYER, JONATHAN LEMKE, SAM NICHOLS, CRAIG AUZENNE, ROSS MACUMBER, KEVIN PLATT, JEFF BURRIS, ROBERT LUTZOW, DARREN JOHNSON, JAMES L. GALLAGHER, JAMES BROOKS, BRANDON BURRUSS, ANDREW BOZZO, DENNIS BUCHHOLZ, and ROBERT ATLAS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 12, 2025 at San Francisco, California.



TANISEIA VO



# EXHIBIT C

CM-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Richard A. Levine, SBN 091671/ Jonathan Murphy, SBN 286791<br>RAINS LUCIA STERN ST. PHALLE & SILVER, PC<br>2300 Contra Costa Blvd., Ste. 500, Pleasant Hill, CA 94523<br>TELEPHONE NO.: (925) 609-1699   FAX NO. (Optional): (925) 609-1690<br>ATTORNEY FOR (Name): Plaintiffs, Paul Silva, et al. | FOR COURT USE ONLY<br><br>Electronically Filed<br>Superior Court of California<br>County of Contra Costa<br>10/16/2025 12:03 PM<br>By: K. Montelongo, Deputy |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA<br>STREET ADDRESS: 725 Court Street<br>MAILING ADDRESS: P.O. Box 911<br>CITY AND ZIP CODE: Martinez, CA 94553<br>BRANCH NAME: Wakefield Taylor Courthouse |

| |
|---|
| CASE NAME:<br>SILVA, et al. v. Contra Costa County Fire Protection District; and Does 1 through 20, inclusive. |

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: C25-03036 |
|---|---|---|---|---|
| [x] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [x] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary   b. [x] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): Two
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: October 16, 2025

Richard A. Levine
_____
(TYPE OR PRINT NAME)                                             ▶                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td>

**NOTICE TO DEFENDANT:** CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT;
*(AVISO AL DEMANDADO):*    and DOES 1 through 20, inclusive,

</td><td>

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

</td></tr>
</table>

**YOU ARE BEING SUED BY PLAINTIFF:** Paul Silva, Scott Valencia, Thomas Zurflueh,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*   Greg Sawyer, Jonathan Lemke, Sam
Nichols, Craig Auzenne, Ross Macumber, Kevin Platt, Jeff Burris, Robert Lutzow, Darren Johnson,
James L. Gallagher, James Brooks, Brandon Burruss, Andrew Bozzo, Dennis Buchholz, Robert Atlas

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr><td>

The name and address of the court is: *(El nombre y dirección de la corte es):*

Contra Costa Superior Court
725 Court Street
Martinez, CA 94553

</td><td>

CASE NUMBER: *(Número del Caso):*

C25-03036

</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* Richard A. Levine, Rains Lucia Stern
St. Phalle &Silver, PC, 2300 Contra Costa Blvd., Suite 500, Pleasant Hill, CA 94523; Tel: (925) 609-1699

<table>
<tr><td>

DATE:
*(Fecha)*    10/16/2025 1:23 PM

</td><td>

Clerk, by
*(Secretario)*    /s/ K. Whitworth

</td><td>

, Deputy
*(Adjunto)*

</td></tr>
</table>

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

    under:   [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
             [ ] other *(specify):*
4. [ ] by personal delivery on *(date)*

Page 1 of 1

<table>
<tr><td>

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

</td><td>

**SUMMONS**

</td><td>

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

</td></tr>
</table>

MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Richard A. Levine, SBN 091671/ Jonathan Murphy, SBN 286791<br>RAINS LUCIA STERN ST. PHALLE & SILVER, PC<br>2300 Contra Costa Blvd., Ste. 500<br>Pleasant Hill, CA 94523<br><br>TELEPHONE NO.: (925) 609-1699   FAX NO. *(Optional):* (925) 609-1690<br>E-MAIL ADDRESS *(Optional):* RLevine@RLSlawyers.com<br>ATTORNEY FOR *(Name):* Plaintiffs, Paul Silva, et al. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: P.O. Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Wakefield Taylor Courthouse

| PLAINTIFF/PETITIONER: SILVA, et al. | CASE NUMBER:<br>C25-03036 |
|---|---|
| DEFENDANT/RESPONDENT: Contra Costa County Fire Protection District; and Does 1-20 | JUDICIAL OFFICER:<br>Douglas, Danielle K. |
| **NOTICE OF CHANGE OF ADDRESS OR OTHER<br>CONTACT INFORMATION** | DEPT.:<br>18 |

1. **Please take notice** that, as of *(date):*
   - [ ] the following self-represented party or
   - [x] the attorney for
      a. [x] plaintiff *(name):* Paul Silva, Scott Valencia, Thomas Zurflueh, Greg Sawyer, Jonathan Lemke, Sam Nichols,
      b. [ ] defendant *(name):*
      c. [ ] petitioner *(name):*
      d. [ ] respondent *(name):*
      e. [ ] other *(describe):*

   has **changed his or her address** for service of notices and documents or other contact information in the above-captioned action.
   - [x] A list of additional parties represented is provided in Attachment 1.

2. The **new address** or other contact information for *(name):*
   is as follows:
   a. Street: 2300 Contra Costa Blvd., Ste. 500
   b. City: Pleasant Hill
   c. Mailing address *(if different from above):*
   d. State and zip code: CA 94523
   e. Telephone number: (925) 609-1699
   f. Fax number (if available): (925) 609-1690
   g. E-mail address (if available): (925) 609-1690

3. **All notices and documents** regarding the action should be sent to the above address.

Date: October 21, 2025

Richard A. Levine
_____
(TYPE OR PRINT NAME)

►  _____
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-040 [Rev. January 1, 2013]

**NOTICE OF CHANGE OF ADDRESS OR OTHER
CONTACT INFORMATION**

Cal. Rules of Court, rules 2.200 and 8.816
www.courts.ca.gov

Silva, et al. v. Contra Costa County Fire Protection District, et al.
Contra Costa Superior Court Case No. C25-03036


## ATTACHMENT 1

### Notice of Change of Address or Other Contact Information
1.a. (continued):

Craig Auzenne, Ross Macumber, Kevin Platt, Jeff Burris, Robert Lutzow, Darren Johnson, James L. Gallagher, James Brooks, Brandon Burruss, Andrew Bozzo, Dennis Buchholz and Robert Atlas.

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>RICHARD A. LEVINE | SBN 091671<br>RAINS LUCIA STERN ST. PHALLE & SILVER, PC<br>2300 Contra Costa Boulevard, Suite 500, Pleasant Hill, CA 94523<br>TELEPHONE NO.: (925) 609-1699 | FAX NO.: (925) 609-1690<br>ATTORNEY FOR (Name): Plaintiffs Paul Silva et al | FOR COURT USE ONLY<br><br>Electronically Filed by<br>Superior Court of California<br>County of Contra Costa<br>10/24/2025 9:24 AM<br>By: A. Stewart, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA

STREET ADDRESS: 725 COURT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: MARTINEZ, CA 94553
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF: PAUL SILVA, et al. | CASE NUMBER: |
| DEFENDANT: CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT, et al. | C25-03036 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>50635 Contra Costa BC/UCOA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other (specify documents): **NOTICE OF CASE MANAGEMENT CONFERENCE; NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION; (BLANK) CASE MANAGEMENT STATEMENT; NOTICE TO DEFENDANTS; (BLANK) ADR Case Management Stipulation and Order**

3. a. Party served (specify name of party as shown on documents served):
   **CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **Alayna Pinol - Clerk/Able to Accept**
   Age: 20's Race: Caucasian Sex: Female Height: 5'3" Weight: 130 lbs. Hair: Blonde

4. Address where the party was served: **4005 Port Chicago Hwy Ste 250**
   **Concord, CA 94520**

5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **10/22/2025** (2) at (time): **8:40 AM**

   b. ☐ **by substituted service.** On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

       (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

       (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on (date): from (city): **or** ☐ a declaration of mailing is attached.

       (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417,10
POS010-1/SF34060529

Processed by Court on 10/22/2025 1:59 PM

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☑ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Allan Mendieta - ASAP LEGAL**

b. Address: **1635 Broadway  Oakland, CA 94612**

c. Telephone number: **(510) 785-2300**

d. **The fee** for service was: $

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

        (i) ☐ owner    ☐ employee    ☑ independent contractor.

        (ii) Registration No.: **2017-0001018**

        (iii) County: **San Francisco**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/22/2025**

**ASAP LEGAL**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 785-2300**
**www.asaplegal.com**

*ASAP LEGAL*

_____
**Allan Mendieta**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

## Superior Court of California, Contra Costa County

CV - Martinez-Wakefield Taylor Courthouse
725 Court Street
Martinez CA 94553
925-608-1000
www.cc-courts.org



S. Lind
Court Executive Officer

| CASE NAME:<br>PAUL SILVA VS. CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT | CASE NUMBER:<br>C25-03036 |
|---|---|

1.   NOTICE IS HEREBY GIVEN THAT A CASE MANAGEMENT CONFERENCE IS SET IN THE ABOVE ENTITLED CASE AND WILL BE HELD IN THIS COURT ON:

| HEARING DATE:<br>02/17/2026 | HEARING TIME:<br>8:30 AM | HEARING LOCATION:<br>DEPARTMENT 18<br>725 COURT ST  RM 300  MARTINEZ, CA 94553 |
|---|---|---|

THIS FORM, A COPY OF THE NOTICE TO DEFENDANTS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT STATEMENT, AND A BLANK ADR CASE MANAGEMENT STIPULATION AND ORDER FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2.   YOU MAY STIPULATE TO AN EARLIER CASE MANAGEMENT CONFERENCE. IF ALL PARTIES AGREE TO AN EARLY CASE MANAGEMENT CONFERENCE, PLEASE CONTACT THE COURT CLERK'S OFFICE AT (925)608-1000 FOR UNLIMITED CIVIL AND LIMITED CIVIL CASES FOR ASSIGNMENT OF AN EARLIER DATE.

3.   YOU MUST BE FAMILIAR WITH THE CASE AND BE FULLY PREPARED TO PARTICIPATE EFFECTIVELY IN THE CASE MANAGEMENT CONFERENCE AND TO DISCUSS THE SUITABILITY OF THIS CASE FOR THE EASE PROGRAM, PRIVATE MEDIATION, BINDING OR NON-BINDING ARBITRATION, AND/OR USE OF A SPECIAL MASTER.

4.   AT ANY CASE MANAGEMENT CONFERENCE THE COURT MAY MAKE PRETRIAL ORDERS INCLUDING THE FOLLOWING:

   a)   AN ORDER ESTABLISHING A DISCOVERY SCHEDULE
   b)   AN ORDER REFERRING THE CASE TO ARBITRATION
   c)   AN ORDER TRANSFERRING THE CASE TO LIMITED JURISDICTION
   d)   AN ORDER DISMISSING FICTITIOUS DEFENDANTS
   e)   AN ORDER SCHEDULING EXCHANGE OF EXPERT WITNESS INFORMATION
   f)   AN ORDER SETTING SUBSEQUENT CONFERENCE AND THE TRIAL DATE
   g)   AN ORDER CONSOLIDATING CASES
   h)   AN ORDER SEVERING TRIAL OF CROSS-COMPLAINTS OR BIFURCATING ISSUES
   i)   AN ORDER DETERMINING WHEN DEMURRERS AND MOTIONS WILL BE FILED

### SANCTIONS

IF YOU DO NOT FILE THE CASE MANAGEMENT STATEMENT OR ATTEND THE CASE MANAGEMENT CONFERENCE OR PARTICIPATE EFFECTIVELY IN THE CONFERENCE, THE COURT MAY IMPOSE SANCTIONS (INCLUDING DISMISSAL OF THE CASE AND PAYMENT OF MONEY).

### SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

I HEREBY CERTIFY THAT I AM THE CLERK OF THIS COURT, NOT A PARTY TO THIS CAUSE; THAT I SERVED A COPY OF THIS NOTICE ON THE BELOW DATE, BY ELECTRONIC SERVICE TO THE PARTIES OR THEIR COUNSEL OF RECORD AT THE EMAIL ADDRESSES SET FORTH BELOW AND SHOWN BY THE RECORDS OF THIS COURT, OR, IF A PHYSICAL MAILING ADDRESS IS PRESENT BELOW, BY PLACING THE DOCUMENT(S) IN AN ENVELOPE FOR COLLECTION AND MAILING, FOLLOWING THE COURT'S ORDINARY BUSINESS PRACTICES FOR COLLECTING AND PROCESSING CORRESPONDENCE FOR MAILING. ON THE SAME DAY THE CORRESPONDENCE IS PLACED FOR COLLECTION AND MAILING, IT IS DEPOSITED IN THE ORDINARY COURSE OF BUSINESS WITH THE UNITED STATES POSTAL SERVICE, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID.

DATE:   10/21/2025          BY:   /s/K. Whitworth

K. WHITWORTH, DEPUTY CLERK

# EXHIBIT D

## Case Information

C25-03036 | Paul Silva vs. Contra Costa County Fire Protection District

Case Number
C25-03036

Court
CV - Martinez-Wakefield Taylor
Courthouse

Judicial Officer
Douglas, Danielle K

File Date
10/16/2025

Case Type
15: Unlimited Other Employment-
eFile

Case Status
Active

## Party

Plaintiff/Petitioner
Silva, Paul

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Valencia, Scott

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Zurflueh, Thomas

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Sawyer, Greg

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Lemke, Jonathan

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Nichols, Sam

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Auzenne, Craig

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Macumber, Ross

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Platt, Kevin

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Burris, Jeff

Active Attorneys ▾
Lead Attorney

LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Lutzow, Robert

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Johnson, Darren

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Gallagher, James L.

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Brooks, James

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Burruss, Brandon

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Bozzo, Andrew

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Buchholz, Dennis

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Plaintiff/Petitioner
Atlas, Robert

Active Attorneys ▾
Lead Attorney
LEVINE, RICHARD A
Retained

Defendant/Respondent
Contra Costa County Fire Protection District

Defendant/Respondent
Does 1 through 20, inclusive

# Events and Hearings

10/16/2025 Fee Paid

10/16/2025 Initial Complaint Filed ▾

Initial Complaint Filed

10/16/2025 Original Summons Issued/Filed ▾

Original Summons Issued/Filed

10/16/2025 Civil Case Cover Sheet ▾

Civil Case Cover Sheet

---

10/16/2025 Service of Complaint and Summons ▾

Requested By
Silva, Paul, Valencia, Scott, Zurflueh, Thomas, Sawyer, Greg, Lemke, Jonathan, Nichols, Sam, Auzenne, Craig, Macumber, Ross, Platt, Kevin, Burris, Jeff, Lutzow, Robert, Johnson, Darren, Gallagher, James L., Brooks, James, Burruss, Brandon, Bozzo, Andrew, Buchholz, Dennis, Atlas, Robert

Served
10/22/2025

---

10/21/2025 Notice of Change of Address ▾

Notice of Change of Address or Other Contact Information for Pltf Attorney

Comment
or Other Contact Information for Pltf Attorney

---

10/24/2025 Proof of Service of Summons ▾

Proof of Service of Summons on Contra Costa County Fire Protection District

Comment
on Contra Costa County Fire Protection District

---

02/17/2026 *Case Management Conference ▾

CMC Notice - Fast Track

Judicial Officer
Douglas, Danielle K

Hearing Time
8:30 AM

---

# Documents

Initial Complaint Filed

Original Summons Issued/Filed

Civil Case Cover Sheet

CMC Notice - Fast Track

Notice of Change of Address or Other Contact Information for Pltf Attorney

Proof of Service of Summons on Contra Costa County Fire Protection District

# EXHIBIT E

1    ARTHUR A. HARTINGER (SBN 121521)
     ahartinger@publiclawgroup.com
2    YUSOF S. NAZARI (SBN 348457)
     ynazari@publiclawgroup.com
3    RENNE PUBLIC LAW GROUP
     350 Sansome Street, Suite 300
4    San Francisco, California 94104
     Telephone: (415) 848-7200
5    Facsimile: (415) 848-7230

6    Attorneys for Defendant
     CONTRA COSTA COUNTY FIRE PROTECTION
7    DISTRICT

8

             SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
                   COUNTY OF CONTRA COSTA
10

11    PAUL SILVA, SCOTT VALENCIA,          Case No. C25-03036
     THOMAS ZURFLUEH, GREG SAWYER,
12    JONATHAN LEMKE, SAM NICHOLS,      EXEMPT FROM FEES (GOV. CODE § 6103)
     CRAIG AUZENNE, ROSS MACUMBER,
13    KEVIN PLATT, JEFF BURRIS, ROBERT    **DEFENDANT CONTRA COSTA COUNTY**
     LUTZOW, DARREN JOHNSON, JAMES L.    **FIRE PROTECTION DISTRICT'S NOTICE**
14    GALLAGHER, JAMES BROOKS,          **TO ADVERSE PARTY OF REMOVAL**
     BRANDON BURRUSS, ANDREW BOZZO,
15    DENNIS BUCHHOLZ, ROBERT ATLAS,    Action Filed:   October 16, 2025

16                 Plaintiff,

17    v.

18    CONTRA COSTA COUNTY FIRE
     PROTECTION DISTRICT; and DOES 1
19    through 20, inclusive,

20                 Defendants.

21

22

23

24

25

26

27

28

                                -1-

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. § 1446(d), PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on November 19, 2025, Case No. _____.

Copies of the Notice of Removal with supporting exhibits and the Civil Case Cover Sheet are attached as **Exhibit A** to this Notice and are served and filed herewith.

DATED:  November 19, 2025            RENNE PUBLIC LAW GROUP

By:_____
       Arthur A. Hartinger

Attorneys for Defendant
CONTRA COSTA COUNTY FIRE PROTECTION
DISTRICT

RENNE PUBLIC LAW GROUP
Attorneys at Law

DEFENDANT CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT'S NOTICE TO ADVERSE PARTY OF REMOVAL - Case No. C25-03036

**PROOF OF SERVICE**

I, the undersigned, am employed by RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am readily familiar with the business practices of this office. I am over the age of 18 and not a party to this action.

On November 19, 2025, I served the following document(s):

**DEFENDANT CONTRA COSTA COUNTY FIRE PROTECTION DISTRICT'S NOTICE TO ADVERSE PARTY OF REMOVAL**

by the following method(s):

☒    **Electronic Mail.** Based on an agreement of the parties to accept service by e-mail, copies of the above document(s) in PDF format were transmitted to the e-mail addresses of the parties on the attached Service List.

☒    **United States Mail**. I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses on the attached Service List and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

**SERVICE LIST**

| | |
|---|---|
| Richard A. Levine (SBN 091671)<br>Jonathan Murphy (SBN 28679)<br>**RAINS LUCIA STERN ST. PHALLE & SILVER, PC**<br>2300 Contra Costa Boulevard, Suite 500<br>Pleasant Hill, CA 94523<br>Tel: (925) 609-1699<br>Fax: (925) 609-1690<br>rlevine@rlslawyers.com<br>jmurphy@rlslawyers.com | Attorneys for Plaintiffs PAUL SILVA, SCOTT VALENCIA, THOMAS ZURFLUEH, GREG SAWYER, JONATHAN LEMKE, SAM NICHOLS, CRAIG AUZENNE, ROSS MACUMBER, KEVIN PLATT, JEFF BURRIS, ROBERT LUTZOW, DARREN JOHNSON, JAMES L. GALLAGHER, JAMES BROOKS, BRANDON BURRUSS, ANDREW BOZZO, DENNIS BUCHHOLZ, and ROBERT ATLAS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 19, 2025, San Francisco, California.

_____
TANISEIA VO